# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD LEE SORTER,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 82906

FILED

NOV 05 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Appellant's counsel has filed a notice of withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.          _____, J.
Pickering                                        Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-31896

cc: Hon. Scott N. Freeman, District Judge
Edward T. Reed
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A